McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $55,100.00 IN U.S. CURRENCY,<br><br>APPROXIMATELY $12,276.00 IN U.S. CURRENCY,<br><br>Defendants. | 2:18-MC-00099-TLN-DB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Heidi Phong ("claimant"), by and through their respective counsel, as follows:

1. On or about April 4, 2018, the Internal Revenue Service-Criminal Investigation ("IRS-CI") seized the Approximately $55,100.00 in U.S. Currency and Approximately $12,276.00 in U.S. Currency (hereafter "defendant currency") pursuant to a Federal search warrant.

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant currency, or obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is July 3, 2018.

1

3. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to October 1, 2018, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

4. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to October 1, 2018.

Dated: 6/29/18  McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 6/29/18  /s/ J. Patrick McCarthy
J. PATRICK McCARTHY
Attorney for Potential Claimant
Heidi Phong
(Authorized by email)

**IT IS SO ORDERED**.

Dated: July 9, 2018

Troy L. Nunley
United States District Judge